**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ACCARDI ENDEAVORS, LLC,

     Plaintiff,

v.                                                                                            CASE NO: 8:10-cv-839-T-26EAJ

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for Colonial
Bank, and BRANCH BANKING AND
TRUST COMPANY,

     Defendants.

_____/

## O R D E R

Upon due consideration, Plaintiff's Motion for Rehearing and Reconsideration (Dkt. 10)

is denied. However, because Plaintiff is represented by counsel, and because counsel in the

motion requests leave to file an amended complaint,[1] Plaintiff is granted leave to file an amended

complaint within ten (10) days of this order. Defendants shall file their responses to the

amended complaint within ten (10) days of service.

     **DONE AND ORDERED** at Tampa, Florida, on June 11, 2010.


                    s/*Richard A. Lazzara*
                    **RICHARD A. LAZZARA**
                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

    [1] See Wagner v. Daewoo Heavy Indus America Corp., 314 F.3d 541, 542 (11th Cir. 2002) (*en banc*).